Joyce Warren
64 Piccadilly Drive
Hamilton, Ohio 45013
513-895-0502 | Fax 513-281-6228
Email: eastmae55@gmail.com

IN THE HAMILTON MUNICIPAL COURT CIVIL DIVISION

SMALL CLAIMS HAMILTON OHIO

| | |
|---|---|
| JOYCE WARREN<br><br>64 PICCADILLY DRIVE<br><br>HAMILTON, OHIO 45013,<br><br>      Plaintiff,<br><br>vs.<br><br>U S MARSHALL SERVICE OFFICE OF GENERAL COUNSEL, OGC, CG-3, 15TH FLOOR, U.S. MARSHALL SERVICE WAHSINGTON DC, 20530-0001,<br><br>      Defendant | Case No.:<br><br>#CVI 2301452<br><br>COMPLAINT FOR DAMAGES |

FILED IN THE HAMILTON MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLERK

Now comes Joyce Warren, the Plaintiff in this case with a claim for damages incurred on December 4th, 2019, (see attached), Plaintiffs front door and storm door was destroyed by U. S. Marshall Service in pursuit of unnamed relative.

The Defendant has accepted responsibility for only part of the damage to Plaintiff's home on the date in question. The Defendant has admitted to the damage done by their agents to the front door in the amount of $1,175.56. The repairs have already been made to the front door without the remittance of payment.

Defendant has failed to propose an offer for the damage done by its agents to the screen door, $519.00 plus installation $400.00 and lock $119.00. Defendants has failed to propose an offer for Plaintiffs, locked Uline storage cabinet, $315.00 destroyed by agents. Defendants failed to propose an offer for Plaintiffs, fireplace screen $232.00 that was destroyed by Defendants agents.

COMPLAINT FOR DAMAGES - 1

**EXHIBIT A**

1

2 The Plaintiff has filed this claim for damages to be made whole. We are requesting a prayer for relief and the total

3 in the amount of **$3,0335.56.**

4

5                           Respectfully Requested

6

7

8                           Dated this 30th, day of June 2023.

9

10

11                                                         Joyce Warren
12                                                         64 Piccadilly Drive
Hamilton, Ohio 45013
513-895-0502 | Fax 513-281-6228
Email: eastmae55@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES  - 2

1

Joyce Warren
64 Piccadilly Drive
2   Hamilton, Ohio 45013
513-895-0502 | Fax 513-281-6228
3   Email: eastmae55@gmail.com

4          IN THE HAMILTON MUNICIPAL COURT CIVIL DIVISION

5              SMALL CLAIMS HAMILTON OHIO

6   JOYCE WARREN              Case No.: Certificate For Services

7   64 PICCADILLY DRIVE

8   HAMILTON, OHIO 45013,          COMPLAINT FOR DAMAGES

9         Plaintiff,              FILED IN THE HAMILTON
                                       MUNICIPAL COURT

10   vs.

11   U S MARSHALL SERVICE OFFICE OF GENERAL     JUN 3 0 2023
COUNSEL, OGC, CG-3, 15TH FLOOR, U.S.
12   MARSHALL SERVICE WAHSINGTON DC, 20530-    MICHELLE L. DEATON, CLERK
0001,
13
        Defendant

14

15   I hereby certify that on June 30, 2023, a copy of the complaint for damages was sent to the

16   following individuals listed at the above addresses by and through US mail at the following
address registered by the court.

17

18

19

20

21                                 Joyce Warren

22                                 64 Piccadilly Drive
                                Hamilton, Ohio 45013
23                                 513-895-0502 | Fax 513-281-6228
                                Email: eastmae55@gmail.com

24

25

26

27

28

COMPLAINT FOR DAMAGES  - 3

RECEIVED
US MARSHALS SERVICE
OFFICE OF
GENERAL COUNSEL

2020 SEP 17 PM 12: 15

September, 2020

U.S Marshalls Service
Office of General Counsel
Building CG-3, 15th floor
Washington, D.C. 20530-0001

FILED IN THE HAMILTON
MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLERK

To whom it may concern,

These are the expenses that occurred during the incident on December 7, 2019.

The door expenses are already paid see attached documentation. The door expenses were $1175.56.

The storm door $219.00 (Lowes)
A comparable replacement fireplace screen $232.96 (Wayfair)
A replacement locked storage cabinet Industrial $315.00 (U-Line)
— Total for items that need to be replaced $766.96
— Grand total: $1,942.52

Thank you in Advance,

Joyce Warren-Clemons

Joyce Warren-Clemons

513-895-0502



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-0001*
**APR 2 7 2023**

**VIA CERTIFIED MAIL #** <u>7022 2410 0000 1056 0233</u>
**and ELECTRONIC MAIL** <u>eastmae55@gmail.com</u>

Joyce Warren-Clemons
64 Piccadilly Drive
Hamilton, OH 45013

*FILED IN THE HAMILTON
MUNICIPAL COURT*

*JUN 3 0 2023*

*MICHELLE L. DEATON, CLERK*

**Re: Administrative Tort Claim OGC #52524**

Dear Ms. Warren-Clemons:

   This responds to the above-referenced administrative tort claim received by the United States Marshals Service (USMS) on September 17, 2020, in the amount of $1,942.52. You claim that on December 4, 2019, USMS law enforcement officers damaged a front entry door, a storm door, a fireplace screen, and a locked storage cabinet during the execution of a warrant in Hamilton, Ohio.

   We have reviewed the facts and applicable law related to your claim and are prepared to offer you a final settlement of $1,175.56 in compromise of your claim. This amount is based upon repairs to the front entry door—the only item damaged by USMS law enforcement officers. If you are willing to accept $1,175.56, please complete the enclosed USM-197, *Voucher for Payment* according to the enclosed Additional Instructions.

   **NOTE:** Pursuant to 31 U.S.C. § 3332 (f)(1), all federal payments are to be made by electronic funds transfer (EFT). Accordingly, unless you certify, in writing, that you do not have an account with a financial institution capable of accepting EFT, you must designate a financial institution and provide all required information on the enclosed Form USM-197 through which our payment to you can be made by EFT (please ensure that the nine-digit ABA routing number in Item A(7)(b) of the USM-197 contains the bank "ACH" routing number and not the wire transfer number). After you have completed the Form USM-197, please sign, date and email it to <u>USMSTORTClaims@usdoj.gov</u> or send by either of the methods below to:

*(For United States Postal Service)*
**USMS Tort Team**
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Washington, DC 20530-0001

**Voucher for Payment**
**Additional Instructions**

1. **Item A(2):** Provide the mailing address for the United States agency or office that should receive the check, which will serve as the confirmation of payment from the Judgment Fund, when payment by check is selected instead of payment by Electronic Funds Transfer (EFT).

2. **Item A(5):** Provide this required information for all payments, including electronic transfer and checks.

3. **Item A(7):** Provide information to enable payment by means of Electronic Funds Transfer (EFT). This information should be provided unless payment is to be made by check.

   *Note:* 31 C.F.R. § 206.4 directs agencies to make payments by EFT whenever cost-effective, practical, and consistent with the law, and adds that the Treasury Department may require agencies to justify the use of non-EFT payment mechanisms.

4. **Item A(7)(a):** The name on the payee's bank account must match the name of the payee as designated in the governing order or settlement agreement.

5. **Item A(7)(e):** This information must be provided.

6. **Item A(8)** seeks only enough information to enable the requested payment to be associated in government records with the specific claim at issue. For example:

   "Personal injury claims only from traffic accident of 12-19-94 at 7th & Independence Avenue, N.W. with Park Service vehicle driven by Paul Jones." or "Breach of contract claims under the Contract Disputes Act on DOD contract 95-12456."

7. **Item B:** This part need not be completed when another separate, legally-sufficient settlement agreement has been signed by the claimant and a copy of it is submitted with the payment request.

---

**Privacy Act Statement:** This information is required in accordance with 31 U.S.C. § 1304 and 5 U.S.C. § 552. The data you furnish will be used to effect certification of your claim. The information may be shared with other branches within USMS for the purpose of certifying your claim. Failure to provide this information may result in your claim being returned to you.

Form USM-197
Rev. 08/18

**U.S. Department of Justice**
United States Marshals Service

**Voucher for Payment**

| WHERE A SETTLEMENT AGREEMENT HAS *NOT* BEEN EXECUTED AND ATTACHED OR WHERE A FINAL JUDGMENT IS *NOT* ATTACHED | Voucher No.: _____<br>Schedule No.: _____<br>Payment No.: _____ |
| --- | --- |

*[stamp: FILED IN THE HAMILTON MUNICIPAL COURT JUN 3 0 2023 MICHELLE L. DEATON, CLERK]*

**A. PAYMENT DATA:**

(1) Submitting Agency/Office: U.S. MARSHALS SERVICE, Office of General Counsel

(2) Agency/Office Mailing Address: OGC, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001

(3) Agency/Office Contact Person and Telephone No.: Monica.Hinds@usdoj.gov, (703) 740-0889

(4) Payee(s): (a) Joyce Warren-Clemons

(b) _____

(5) Taxpayer Identification No., SSN, or EIN of each Payee: (a) _____

(b) _____

(6) Total Amount: one thousand one hundred seventy-five dollars and 56/100 ____ $ 1,175.56

(7) Electronic Funds Transfer (EFT) Information:

(a) Payee Account Name: _____

(b) ABA Bank # (9 digits): _____

(c) Payee Account #: _____ (d) ☐ Checking ☐ Savings

(e) Bank Name and Address: _____

(8) Briefly Identify Claim: OGC No. 52524: Claimant alleges that on December 4, 2019, USMS law enforcement officers damaged a front entry door, a storm door, a fireplace screen, and a locked storage cabinet of a property she owns during the execution of a warrant in Hamilton, Ohio.

**B. ACCEPTANCE BY CLAIMANT(S).** I, (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising now or in the future from, and by reason of any and all known and unknown, foreseen and unforeseen, bodily and personal injuries (including wrongful death), damages to property, breaches of contract or law, and any other acts or omissions, and the consequences thereof resulting, and to result, from the same subject matter that gave rise to the claim for which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose acts or omissions gave rise to the claim by reason of the same subject matter. I (We) further agree to reimburse, indemnify and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the same subject matter.

(SIGN ORIGINAL ONLY)

*Claimant 1 - Sign and Date:*

_____  _____
Joyce Warren-Clemons  Date

*Claimant 2 - Sign and Date:*

_____  _____
(Claimant's Name)  Date

**C. AGENCY APPROVING OFFICIAL:** This claim has been fully examined in accordance with Statutory Cite 28 U.S.C. §2672 FTCA and approved in the amount of $ 1,175.56 ____

Signed: _____

Title: General Counsel

Date: 4/27/2023

Form USM-197
Rev. 08/18

*(For FedEx or UPS)*
USMS Tort Team
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Landover Operations Center
3601 Pennsy Drive
Landover, MD 20785

*FILED IN THE HAMILTON MUNICIPAL COURT*
*JUN 30 2023*
*MICHELLE L. DEATON, CLERK*

If you are unwilling to accept the settlement of $1,175.56, this letter should be treated as a final denial, and suit may be filed in the appropriate U.S. District Court no later than six months after the date of the mailing of this letter.  See 28 U.S.C. § 2401(b).

Sincerely,

**Lisa M. Dickinson**
General Counsel

Enclosures:
1. USM-197
2. Additional Instructions

J. WARNER-CLEMONS
R. CLEMONS
64 PICCADILLY DR.
HAMILTON, OH 45013



CERTIFIED MAIL

7018 3090 0000 4623 5024



U.S. POSTAGE PAID
FCM LG ENV
HAMILTON, OH
45011
SEP 11, 20
AMOUNT
**$5.15**
R2305KI43237-88

1000          20530



X-RAYED

SEP 15 2020

DOJ MAILROOM

US Marshalls Service
Office of General Counsel
Building CG-3, 15th floor
Washing, DC  20530-0001

FILED IN THE HAMILTON
MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLERK

2020 SEP 17 PM 12:16

GENERAL COUNSEL
OFFICE OF
US MARSHALS SERVICE
RECEIVED

**CLAIM FOR DAMAGE, INJURY, OR DEATH**

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

IN THE HAMILT... MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLER...

**1. Submit to Appropriate Federal Agency:**
U.S. Marshals Service
Office of General Counsel
Attn: Janice Tate (janice.tate@usdoj.gov - fax (703) 740-3980)
Building CG-3, 15th floor
Washington, D.C. 20530-0001

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code**
Joyce Warren
64 Piccadilly Dr.
Hamilton, Ohio 45013

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT (Wednesday) | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | PII | Widow | December 4, 2019 | NOT sure. NOT Home |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

U.S. marshals came to serve a warrant on Dequean Warren the property owners grandson. Dequean Warren does not reside at 64 Piccadilly Dr. but has received mail at this location. When the marshals arrived, no one was in the residence and they (U.S. marshals) kicked, or knocked the front entry way door in causing extensive damages to both the front door and glass patio door. continue →

**9. PROPERTY DAMAGE** Front Entry door, Front glass door  downstairs fire place screen
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The property is a single family home located in Hamilton, Ohio 45103  64 Piccadilly drive. Damages to the front entry door and glass patio door. Damages also to downstairs fireplace screen

**10. PERSONAL INJURY/WRONGFUL DEATH** - NONE -
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

N/A

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Tonia Burchell / Tonia V.W. Burchell | |
| Tonia Burchell | 3576 Brookhaven Dr. Amelia, Ohio 45102 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| $1942.52 | | | $1942.52 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Joyce Warren | 513-895-0502 | 9-21-202... |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2

#8 (Continued). Once they entered the home they proceeded to search Closets which caused a mess. The Officers/marshals also proceeded to search the downstairs area; flipping up furniture pillows and breaking the fireplace screen (apparently checking the fireplace for Dequean).

#8 (Continued): Once they entered the home they proceeded to search Closets which caused a mess. The Officers/marshals also proceeded to search the downstairs area, flipping up furniture pillows and breaking the fireplace screen (apparently checking the fireplace for Dequean).

IN THE HAMILTON
MUNICIPAL COURT
JUN 30 2023
MICHELLE L. DEATON, CLERK

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

*N/A*

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes   ☒ No   **17. If deductible, state amount.**

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)**

*N/A*

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

*No*

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

```
SS2R130A              LOWE'S COMPANIES, INC.              PAGE:   1
                          HMO  0168
                      PROJECT ESTIMATE

   CONTACT: WARREN, JOYCE            SALESMAN: DONALD JOHNSON
   CUST #: 200816066                SALESMAN #:   1214892

   PROJECT NUMBER:  15673                 DATE ESTIMATED: 03/14/20


   QTY   ITEM #   ITEM DESCRIPTION           VEND PART #
    1     673394  ENTRY/EXTERIOR, SINGLE UNIT, CEN
                  ER ARCH HAMPTON   -

                                   TOTAL FOR ITEMS        642.64
                                   FREIGHT CHARGES          0.00
                                   DELIVERY CHARGES         0.00
                                        TAX AMOUNT         41.77
                                    TOTAL ESTIMATE       $684.41
```

THIS ESTIMATE IS VALID UNTIL 03/21/20

_____      _____
   MANAGER SIGNATURE                        DATE
THIS ESTIMATE IS NOT VALID WITHOUT MANAGER'S SIGNATURE.

THIS IS AN ESTIMATE ONLY.  DELIVERY OF ALL MATERIALS CONTAINED IN THIS
ESTIMATE ARE SUBJECT TO AVAILABILITY FROM THE MANUFACTURER OR SUPPLIER.
QUANTITY, EXTENSION, OR ADDITION ERRORS SUBJECT TO CORRECTION.  CREDIT
TERMS SUBJECT TO APPROVAL BY LOWES CREDIT DEPARTMENT.

LOWES IS A SUPPLIER OF MATERIALS ONLY.  LOWES DOES NOT ENGAGE IN THE
PRACTICE OF ENGINEERING, ARCHITECTURE, OR GENERAL CONTRACTING.  LOWES
DOES NOT ASSUME ANY RESPONSIBILITY FOR DESIGN, ENGINEERING, OR
CONSTRUCTION; FOR THE SELECTION OR CHOICE OF MATERIALS FOR A GENERAL OR
SPECIFIC USE; FOR QUANTITIES OR SIZING OF MATERIALS; FOR THE USE OR
INSTALLATION OF MATERIALS; OR FOR COMPLIANCE WITH ANY BUILDING CODE OR
STANDARD OF WORKMANSHIP.

FILED IN THE HAMILTON
MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLERK

```
SSZR130A              LOWE'S COMPANIES, INC.                PAGE:   1
                          HMO  0168
                       PROJECT ESTIMATE

  CONTACT: WARREN, JOYCE          SALESMAN: DONALD JOHNSON
   CUST #: 200816066             SALESMAN #:   1214892

  PROJECT NUMBER:  80166               DATE ESTIMATED: 03/14/20


 QTY   ITEM #    ITEM DESCRIPTION            VEND PART #
   1    219873  Alex Plus 10.1-oz White Paintabl
                Latex Caulk
   1    823256  DUMP FEE - INT/EXT/PATIO DOORS
   1    229012  INSTALL EXT SNGL PREHUNG DOOR
   1    235639  OPT RMV/RPLC SG STRM/SCRN/SEC
                              DETAIL FEE CREDIT        35.00-
                              TOTAL FOR ITEMS         404.87
                              FREIGHT CHARGES           0.00
                              DELIVERY CHARGES          0.00
                              TAX AMOUNT                0.00
                              TOTAL ESTIMATE        $404.87


 THIS ESTIMATE IS VALID UNTIL 03/21/20


 _____       _____
   MANAGER SIGNATURE                DATE
 THIS ESTIMATE IS NOT VALID WITHOUT MANAGER'S SIGNATURE.

 THIS IS AN ESTIMATE ONLY.  DELIVERY OF ALL MATERIALS CONTAINED IN THIS
 ESTIMATE ARE SUBJECT TO AVAILABILITY FROM THE MANUFACTURER OR SUPPLIER.
 QUANTITY, EXTENSION, OR ADDITION ERRORS SUBJECT TO CORRECTION.   CREDIT
 TERMS SUBJECT TO APPROVAL BY LOWES CREDIT DEPARTMENT.

 LOWES IS A SUPPLIER OF MATERIALS ONLY.  LOWES DOES NOT ENGAGE IN THE
 PRACTICE OF ENGINEERING, ARCHITECTURE, OR GENERAL CONTRACTING.  LOWES
 DOES NOT ASSUME ANY RESPONSIBILITY FOR DESIGN, ENGINEERING, OR
 CONSTRUCTION; FOR THE SELECTION OR CHOICE OF MATERIALS FOR A GENERAL OR
 SPECIFIC USE; FOR QUANTITIES OR SIZING OF MATERIALS; FOR THE USE OR
 INSTALLATION OF MATERIALS; OR FOR COMPLIANCE WITH ANY BUILDING CODE OR
 STANDARD OF WORKMANSHIP.
```

FILED IN THE HAMILTON
MUNICIPAL COURT
JUN 3 0 2023
MICHELLE L. DEATON, CLERK

Quote

http://sstsrv.lowes.com/m2o_b/mediumQuote.jsp?...

Back to Quote



Date: 01/05/2020

LOWE'S HOME CENTERS, LLC #168
1495 MAIN ST.
HAMILTON, OH 45013-1075
USA
(513) 737-3700



| Project #: | 607215673 | Description: | entry door |
| Customer Name: | JOYCE WARRENCLEMONS | | |
| Customer Phone: | (513) 895-0502 | | |
| Customer Address: | 64 PICCADILLY DR HAMILTON, OH 45013 USA | | |

FILED IN THE HAMILTON
MUNICIPAL COURT

JUN 30 2023

MICHELLE L. DEATON, CLERK

| Line Item Frame Size | Product Code Description | Unit Price | Quantity | Total Price |
| --- | --- | --- | --- | --- |
| 0001 Fits Opening Size = 38 1/4-in W x 81 3/8-in H | **Manufacturer: Masonite Steel and Fiberglass Doors** Division : Millwork Product : Doors Type : Entry/Exterior Manufacturer : Masonite Steel and Fiberglass Doors Actual Unit Size Width : 37 1/2-in Actual Unit Size Height : 80 7/8-in Fits Opening Width : 38 1/4-in Fits Opening Height : 81 3/8-in Material : Steel Material Type : Steel Configuration : Single Unit Slab Width : 36-in Height Type : Custom Slab Height : 6-ft 6 1/4-in Actual Slab Width : 35 3/4-in Actual Slab Height : 78 1/4-in Door Style : Center Arch Glass Family : Hampton Door with Glass : Decorative Glass Caming : Platinum Handing : Right Inswing Exterior Finish : Unfinished Interior Finish : Unfinished Jamb Type : Custom Jamb Size : 6-in | $651.69 | 1 | $651.69 |

1 of 2

1/5/20, 14:18

Quote

http://sstsrv.lowes.com/m2o_b/mediumQuote.jsp?...

Jamb Material : Primed
Jamb Finish : Unfinished
Lite Frame Surround Option : Frame with Plugs
Sill Style : Mill Finish
Brickmould : No
Hinge Type : Standard (Matches Caming Color)
Lockset Bore Option : 5 1/2-in Double Bore
Dimension Confirmation : Yes
Re-Order : No
Lead Time : 12 Days

SOS Number : 673394

*** Total cutdown is removed from the bottom of the door
and the Bore Location Drops down in Relation to the Cut
Down Height.***

*** WARNING: This product can expose you to
chemicals including wood dust, which is known to the
state of California to cause cancer. For more information,
go to www.P65Warnings.ca.gov ***

*** Picture is not an exact representation of the unit that
has been ordered. ***

Unit is built to specifications given in the configurator.

Thank you for Ordering a Masonite Steel and Fiberglass
Doors Product

FILED IN THE HAMILTON
MUNICIPAL COURT

JUN 3 0 2023

MICHELLE L. DEATON, CLERK

Project Total: **$651.69**

Salesperson: TRENTON HILL (S0168TH3)

Accepted by: _____          Date: 01/05/2020

Print Detailed Quote

This quote is an estimate only and valid for 30 days on all regularly priced items. For promotional items please refer to the
dates listed above. This estimate does not include tax or delivery charges. Estimated arrival will be determined at the time of
purchase. All of the above quantities, dimensions, specifications and accessories have been verified and accepted by the
customer.

**FILED IN THE HAMILTON
MUNICIPAL COURT**

**JUN 3 0 2023**

**MICHELLE L. DEATON, CLERK**

**MENARDS - FAIRFIELD
TOWNSHIP**
**2865 Princeton Road**
**Hamilton, OH 45011**

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in-store credit voucher if the
return is done after 04/20/20

If you have questions regarding the
charges on your receipt, please
email us at:
FFFTfront@menards.com

Sale Transaction

Look for
front Door

| | | |
|---|---|---|
| WHITE VINEGAR | | |
| 5733614 | 2 @1.78 | 3.56 RT |
| | | |
| 3210178 | | 49.03 |
| VANITY FAIR NAPKINS JBL1* | | |
| 4466085 | | 0.49 |
| CELINE ULTRA SET 4 PK * | | |
| 6485880 | | 4.99 |
| 20Z FRAGRANCE MIST, 40 * | | |
| 2897701 | | 0.99 |
| 6 PK 13X13 WASH CLOTH WH* | | |
| 8670567 | 2 @4.99 | 9.98 |
| COLLAPSIBLE MESH HAMPER * | | |
| 2140496 | | 2.79 |
| KD POLE SOCKETS BRONZ* | | |
| 2117063 | | 5.87 |
| POPAFOLD CUBY HRVN HRF | | |
| 2140558 | | 2.86 |
| BUGLE CARAMEL 6OZ | | |
| 5731338 | | 1.98 RT |
| CLOSET-MAX ADJ ROD BRON/ | | |
| 2117064 | | 12.98 |
| 3 PK KITCHEN TOWEL SET | | |
| 8670030 | | 3.99 |
| HUNTS KETCHUP | | |
| 5745438 | | 1.18 RT |
| PARADE SWI CONDENS MILK | | |
| 5737128 | 2 @1.64 | 3.26 RT |

| | |
|---|---|
| TOTAL | 173.95 |
| TAX BUTLER TWI 6.5% | 10.66 |
| TOTAL SALE | 184.04 |
| CAPITAL ONE 6*95 | 184.04 |

Auth Code:01-378
Chip Inserted
a00000000041010
TC  BH15a07886b5420C

TOTAL SAVINGS   7.71

TOTAL NUMBER OF ITEMS =   17

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
19

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS

THANK YOU. YOUR CASHIER, Melanee






FILED IN THE HAMILTON MUNICIPAL COURT
JUN 30 2023
MICHELLE L. DEATON CLERK






FILED IN THE HAMILTON MUNICIPAL COURT
MICHELE D. XXXX, CLERK
JUN 3 0 2023




